# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0663. NATHANIEL CARTER v. THE STATE.**

In November 2019, a jury found Nathaniel Carter guilty on three counts of child molestation. While still represented by counsel, Carter filed a motion for new trial, which the trial court dismissed as a legal nullity in April 2021. See *Meheux v. State*, 309 Ga. 857, 858 (848 SE2d 844) (2020) (pro se motion for new trial filed while the defendant is still represented by counsel is a legal nullity). In May 2021, the trial court entered a consent order granting Carter an out-of-time appeal, and Carter filed a motion for new trial, which the trial court denied in November 2021. Carter then filed this appeal.

Until recently, Georgia law recognized an out-of-time appeal as the judicially-created remedy for "a criminal defendant [who] demonstrates that his appeal of right has been frustrated by a violation of constitutional magnitude[.]" *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019). However, the Supreme Court of Georgia has since held that a trial court is "without jurisdiction to decide [a] motion for out-of-time appeal" on the merits because there is "no legal authority for motions for out-of-time appeal in trial courts." *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022). The Supreme Court in *Cook* also concluded that this holding is to be applied to "all cases that are currently on direct review or otherwise not yet final[,]" id., and directed that "pending and future motions for out-of-time appeals in trial courts should be dismissed, and trial court orders that have decided such motions on the merits . . . should be vacated if direct review of the case remains pending or if the case is otherwise not final." Id. at 505 (4).

In light of *Cook*, Carter had no right to file a motion for out-of-time appeal in

the trial court. See *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Accordingly, we VACATE the trial court's order granting the motion for out-of-time appeal and REMAND for entry of the appropriate dismissal order. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/22/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*